

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2019

No. 04-18-00834-CV

**IN THE INTEREST OF T.R.H., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20578
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's brief was due May 8, 2019, but has not been filed. On May 20, 2019, appellant filed a motion for extension of time, seeking an additional fourteen days to file his brief. After consideration, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court **on or before May 22, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court